AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SIDNEY G. ORANGE, JR.,

        PETITIONER,

        v.

TERRY ANTLES,

        RESPONDANT.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-410-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED PETITIONER'S PETITION UNDER 28 USC 2254 FOR WRIT OF HABEAS CORPUS IS DISMISSED WITH PREJUDICE.

October 7, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry